United States District Court
Southern District of Texas

**ENTERED**

May 22, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IKECHUKWU DAVID ALBERT, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-527 |
| | § | |
| | § | |
| MARKWAYNE MULLIN, *et al.,* | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

The Court has reviewed Petitioner Ikechukwu David Albert's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 9).  To facilitate the Court's consideration of the issues Petitioner presents in his Motion, it is:

**ORDERED** that by no later than May 28, 2026, Respondents shall file a response to Petitioner Ikechukwu David Albert's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 9).

Signed on May 22, 2026.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge