United States District Court
Southern District of Texas
**ENTERED**
May 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IKECHUKWU DAVID ALBERT, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-527 |
| | § | |
| | § | |
| MARKWAYNE MULLIN, *et al.,* | § | |
| | § | |
| Respondents. | § | |

## ORDER

The Court has reviewed Petitioner Ikechukwu David Albert's request for a preliminary injunction, (Mot., Doc. 9), and Respondents' corresponding response and motion to dismiss. (Mot., Doc. 12) To facilitate the Court's consideration of the issues that the parties present, it is:

**ORDERED** that the parties shall appear via videoconference for a hearing on the motion for a preliminary injunction and the motion to dismiss on June 16, 2026, at 1:30 p.m.

Signed on May 29, 2026.

Fernando Rodriguez, Jr.
United States District Judge